### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | |
|---|---|
| MISCHELLE R. HOBBS, | : |
| Plaintiff, | : |
| VS. | :    **7 :** 11-CV-133 (HL) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : |
| Defendant. | : |

### O R D E R

THIS CAUSE is before the Court upon the unopposed motion of the Defendant to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the grounds urged in support thereof, it is

ORDERED and ADJUDGED that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g) and this case is hereby remanded to the Commissioner of Social Security for the administrative law judge to:

- further evaluate Dr. Michael Vanderwalle's medical source opinions in accordance with the relevant regulations and agency rulings, and explain what weight is given to the opinions;

- evaluate Dr. Michael Wagner's medical source opinion in accordance with the relevant regulations and agency rulings, and explain what weight is given to the opinion; and

- further evaluate the claimant's subjective complaints, providing rationale in accordance with the relevant regulations and rulings.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 25th day of April, 2012.

                                          *s/   Hugh Lawson*
                                          HUGH LAWSON
                                          UNITED STATES DISTRICT JUDGE

Case 7:11-cv-00133-HL   Document 15   Filed 04/25/12   Page 2 of 2