# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**MISCHELLE R. HOBBS,**

    Plaintiff,

    v.

**MICHAEL J. ASTRUE,**

    Defendant.

Civil Action No. 7:11-cv-133 (HL)

## ORDER

Before the Court is Plaintiff's Motion for Attorney's Fees (Doc. 17). Plaintiff seeks an attorney's fee award in the amount of $4,549.23 for 25.00 hours of work at an hourly rate varying between $181.18 and $184.73. The Commissioner does not oppose the award. Accordingly, the Motion for Attorney's Fees is granted. Plaintiff shall receive $4,549.23 in attorney's fees. The check for this amount shall be made out to Plaintiff and shall be mailed to Plaintiff's counsel.

**SO ORDERED**, this 15th day of August, 2012.

                                          *s/ Hugh Lawson*
                                          HUGH LAWSON, SENIOR JUDGE

ebr